**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **18–26784 – WIL**    Chapter: **13**

**Ella Murphy**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO PAY ALL REQUIRED COURT FEES OR CHARGES
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

 An Order on Application to Pay in Installments and Directing Debtor to Pay Filing Fee was entered in this case on December 28, 2019 at docket entry NO. 28, directing the Debtor to pay the filing fee of $232,50 in full within fourteen (14) days of the entry of the Order. Debtor(s) has not paid the overdue court fees or charges.  It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is DISMISSED; and it is further

ORDERED, that after charging the Trustee's allowed expenses, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $ 232.50 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.


cc:    Debtor

        Attorney for Debtor – PRO SE
        Case Trustee – Nancy Spencer Grigsby

### End of Order


15x29 (rev. 03/25/2016) – yoliver